IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY CRANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-303 (MTT) |
| | ) |
| Lt. KENNY GLEATON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pro se Plaintiff Amy Crane filed this action and contemporaneously moved for leave to proceed *in forma pauperis* ("IFP"). Docs. 1; 2. The Court granted Crane's motion to proceed IFP and ordered Crane to file an amended complaint within twenty-one days. Doc. 3. Twenty-one days passed and nothing was filed, so Crane was ordered to respond and show cause why this lawsuit should not be dismissed for failing to follow the Court's orders and instructions. Doc. 4. Crane was given until November 14, 2024, to comply with the Court's orders and instructions and was warned that failure to comply could result in dismissal of this action. *Id*. Crane did not respond. As Crane was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey

-2-

a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1].  Accordingly, this action is hereby **DISMISSED** without prejudice.

**SO ORDERED**, this 18th day of November, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.  *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).